572

707 A.2d 1141

**Barbara TOBER and Frank Tober, Petitioners,**

v.

**Samuel ESH, Jr., John Stoltzfus, James Stoltzfus, Amos Stoltzfus, Daniel Stoltzfus, Aquiella Stoltzfus, t/a Colonial Builders Association, Respondents.**

Supreme Court of Pennsylvania.

April 15, 1998.

Richard C. Senker, Norristown, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Chester County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa. 1998) and *Marino v. Hackman,* 1998 WL 151083, —— Pa. ——, 710 A.2d 1108 (Pa.1998).